AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

First-Class Express Mail Package Numbered EQ 743648556 US and Its Contents

**SEARCH WARRANT**

CASE NUMBER: 1: 08 MJ 66 M

TO: any Postal Inspector of the U.S. Postal Service and any Authorized Officer of the United States

Affidavit(s) having been made before me by Almindo Correia, Postal Inspector (Affiant) who has reason to

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)

SEE ATTACHMENT

in the ______ District of RHODE ISLAND there is now concealed a certain person or property, namely (describe the person or property) controlled substances in violation of Title 21, United States Code, Section 841(a)(1) and 846.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 4/25/2008 (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~) DLM, and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to U.S. Magistrate Judge (U.S. Judge or Magistrate) as required by law.

4-21-08 3:50 pm at Providence, Rhode Island

Date and Time Issued — City and State

DAVID L. MARTIN, U.S. Magistrate Judge

Name and Title of Judicial Officer

David L. Martin

Signature of Judicial Officer

Attest to True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4-21-08 | 4-21-08 5:00PM | RICHARD COLLINS MOO USPS |

INVENTORY MADE IN THE PRESENCE OF
POSTAL INSPECTOR JOHN KEHOE

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

HEAVILY TAPED CELLOPHANE WRAPPED BLOCK IN TUPPERWARE CONTAINER CONTAINING APPROXIMATELY 20 POUNDS, 8 OUNCES OF A GREEN LEAFY SUBSTANCE

FILED
2008 APR 29 P 2: 04
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

[signature]

Subcribed, sworn to, and returned before me this date.

[signature] David L Martin — 4/29/08

U.S. Judge or Magistrate — Date